UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Anita S. Glass                          Docket No. 5:14-MJ-2206-1

**Petition for Action on Probation**

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Anita S. Glass, who, upon an earlier plea of guilty to Driving While Impaired-Level 5, in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge on February 4, 2015, to a 12-month term of probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On May 23, 2015, the defendant committed the offense of Driving While License Revoked (15CR 705046), in Harnett County, North Carolina. She admitted to this probation officer that she operated a motor vehicle while not properly licensed. As a sanction for this conduct and in an effort to deter future criminal conduct, we are recommending that the conditions of probation be modified to include eight additional hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall perform eight additional hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

                         I declare under penalty of perjury that the foregoing is true and correct.
                         /s/ Keith W. Lawrence
                         Keith W. Lawrence
                         Senior U.S. Probation Officer
                         310 Dick Street
                         Fayetteville, NC 28301-5730
                         Phone: 910-354-2538
                         Executed On: May 26, 2015

**ORDER OF THE COURT**

Considered and ordered this 26th day of May, 2015 and ordered filed and made a part of the records in the above case.

*Kimberly A. Swank*
Kimberly A. Swank
U.S. Magistrate Judge